**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **LINCOLN BENEFIT LIFE COMPANY,**<br><br>**Plaintiff-in-Interpleader,**<br><br>**v.**<br><br>**FERNANDO GAROTTI, JAMES WEBB, and TAMARA RENFREW,**<br><br>**Defendants-in-Interpleader.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 1:25-cv-7777** |

**XXXXXXXX ORDER GRANTING UNOPPOSED MOTION FOR INTERPLEADER RELIEF AND DISCHARGE**

This Court received Plaintiff-in-Interpleader Lincoln Benefit Life Company's ("Lincoln Benefit") Unopposed Motion for Interpleader Relief on March 3, 2026. Having been made aware that Defendants-in-Interpleader Fernando Garotti, James Webb, and Tamara Renfrew do not oppose the relief sought and have reviewed and agreed to the terms of this Order; and having considered the motion, documents submitted in support thereof, and arguments of counsel, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that:

1. Lincoln Benefit shall, within 14 days of the entry of this Order, deposit into the registry of the Court the proceeds (including applicable interest to date) from Policy No. 01T1142783 (the "Policy"). Lincoln Benefit may deduct from this amount, and retain as a reasonable attorney fee, a sum of $10,000.00;

2. Lincoln Benefit is discharged from any other or further liability with regard to the Policy or the proceeds payable thereunder;

3. Lincoln Benefit is hereby dismissed as a party to this action with prejudice and shall take no further part in these proceedings; and

4. Defendants-in-Interpleader are hereby restrained and enjoined from initiating or continuing the prosecution of any litigation or other action against Lincoln Benefit, whether in any state or federal court or in any other proceeding, regarding the Policy or the proceeds payable thereunder.

IT IS SO ORDERED.

Dated: 9-17, 2026

/s/ P. Kevin Castel

Hon. P. Kevin Castel, U.S.D.J.